IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOB BROOKS**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:15cv1161 |
| | )   **Electronic Filing** |
| **DIRECTV, LLC**, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 17th day of March, 2016, upon consideration of Defendant's Motion to Dismiss or, in the Alternative, Compel Arbitration and Stay this Action (**Document No. 9**) and Plaintiff's Response thereto, the Court finding that Plaintiff's claim under the Telephone Consumer Protection Act related to collection-based telephone calls clearly falls within the scope of DIRECTV's arbitration provision, accordingly

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss or, in the Alternative, Compel Arbitration and Stay this Action is **GRANTED**. Plaintiff is required to pursue his claims against Defendant in arbitration as set forth in the Arbitration Agreement. This action is, therefore, **DISMISSED**. The Clerk shall mark this case closed.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc:   Craig T. Kimmel, Esquire
      Joseph D. Smith, Esquire
      James Michael Wiley, Esquire

      (*Via CM/ECF Electronic Mail*)